Antoinette L. Banks (AB 5435)
LEWIS BRISBOIS BISGAARD & SMITH LLP
199 Water Street-Suite 2500
New York, New York 10038
(212) 232-1300

*Attorneys for Defendant*
Illinois Union Insurance Company,
incorrectly sued here as ACE USA, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
FRANK E. WALSH, JR.

                                 Plaintiff,

       -against-

ACE USA, INC.,

                                Defendant.
-------------------------------------------------------------------X

Civil Action No.:

**DEMAND FOR COMPLAINT**

**PLEASE BE ADVISED** that Defendant Illinois Union Insurance Company, incorrectly sued here as ACE USA, INC. by its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby demand that the Plaintiff file and serve his complaint on its counsel with twenty (20) days hereof.

Dated: New York, New York
         February 18, 2010

                                  LEWIS BRISBOIS BISGAARD & SMITH, LLP
                    By: _____
                                  Antoinette L. Banks (AB 5435)
                                  *Attorney for Defendant*
                                  Illinois Union Insurance Company, incorrectly sued here as ACE USA, INC.
                                  199 Water Street, 25th Floor
                                  New York, New York 10038
                                  P: (212) 232-1300
                                  F: (212) 232-1399

4842-4600-4229.1

TO:   WARNER PARTNERS, P.C.
      Kenneth E. Warner, Esq.
      *Attorneys for Plaintiff*
      FRANK E. WALSH, JR.
      331 Madison Avenue
      New York, New York 10017
      (212) 682-2900