```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                              :
FRANK E. WALSH, JR.,                                          :
                                                              :
                              Plaintiff,                   10 Civ. 1390 (WHP)
                                                              :
              -against-                                       :   AMENDED SCHEDULING
                                                              :   ORDER
                                                              :
ILLINOIS UNION INSURANCE COMPANY,                             :
                                                              :
                              Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The Parties having appeared for a conference on June 24, 2010, the following schedule is entered on consent:

      1. Fact discovery shall be completed by November 5, 2010;

      2. The parties shall identify any expert witnesses by October 22, 2010;

      3. The parties shall exchange expert reports by November 19, 2010;

      4. Expert discovery shall be completed by December 17, 2010;

      5. The parties shall submit a joint pre-trial order by January, 21, 2011; and

      6. The Court will hold a final pre-trial conference on January 28, 2011 at 10:00 a.m.

Dated:    July 1, 2010
           New York, New York

                                     SO ORDERED:

                                     WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of Record*:

Kenneth E. Warner, Esq.
Cobelnce & Warner
415 Madison Ave.
New York, NY 10017
*Counsel for Plaintiff*

Antoinette Lyndon Banks
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
Suite 2500
New York, NY 10038
*Counsel for Defendant*